IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARLENE CANNON, on behalf | : | CIVIL ACTION |
| of her minor daughter, | : | |
| KARA CANNON | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION | : | NO. 02-CV-3657 |

**REPORT OF PRELIMINARY PRETRIAL CONFERENCE**
**AND**
**SCHEDULING ORDER**

AND NOW, this 20th day of November, 2002, upon review of the pleadings filed to date and upon consideration of the matters discussed at a conference with counsel, the Court issues the following Scheduling Order to govern all further proceedings in this case:

1.  All fact discovery, including requests for and responses thereto, shall be completed on or before __**June 2, 2003**__.

2.  Plaintiff's Pretrial Memorandum shall be prepared in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and it shall be filed on or before __**June 12, 2003**__.

3.  Defendant's Pretrial Memorandum shall be prepared in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and it shall be filed on or before __**June 23, 2003**__.

4.  All dispositive motions must be filed no later than seven (7) days after the close of discovery.

5.  In addition to the items requested in Subsections 1 to 7

of Local Rule of Civil Procedure 16.1(c), the Court directs the

following:

(a) A summary of the qualifications of each expert

witness and a specific identification of each discovery item and

exhibit to be offered for identification or admission into

evidence.

(b)   A final pretrial conference will be held on

__**July 9, 2003**__    at __**9:30 AM**__.   The case will be placed

in the trial pool on __**July 15, 2003**__.

(c)   Pursuant to Local Rule of Civil Procedure

16.1(d)(3), the Court, of its own motion or at the request of one

of the parties, may order further conferences to narrow the

issues or explore settlement, but it will not be necessary for

counsel to prepare a proposed Pretrial Order in accordance with

Local Rule of Civil Procedure 16.1(d)(2) unless specifically

ordered by the Court.

(d)   The provisions of Local Rule of Civil Procedure

16.1(d)(4) will be applicable to these proceedings.

(e)   Failure to comply with the dates set forth above

shall not be grounds for a continuance of the trial and such

failure can result in the imposition of such sanctions as the

Court deems appropriate.

(f)   Because of the availability of the videotape

recording equipment in the Federal Courthouse at minimal cost to

counsel, requests for a continuance due to the absence of a medical or expert witness will not be favorably received by the Court.

       (g)   Expert Reports - Refer to paragraph 6 of the Pretrial and Trial Procedures Before Judge James McGirr Kelly for procedures regarding expert reports.

    6. _____

  **Plaintiff's expert report on or before March 31, 2003.**

  **Defendant's expert report on or before April 30, 3002.**

_____

_____

_____

_____

_____.


BY THE COURT:


                    _____
_____JAMES McGIRR KELLY, J.