UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARLENE CANNON and on behalf of her minor daughter KARA CANNON, | Civil Action No.: 02-3657 |
| Plaintiff, | The Honorable James McGirr Kelly |
| v. | **AFFIDAVIT OF SERVICE** |
| NATIONAL RAILROAD PASSENGER CORPORATION (Amtrak), | |
| Defendant. | |

I, Jennifer Basile, of full age, being duly sworn according to law, upon my oath, depose and say:

1. I am a paralegal with the firm of Landman Corsi Ballaine & Ford P.C., attorneys for defendant National Railroad Passenger Corporation ("Amtrak") in the above matter.

2. On April 3, 2003, I served a copy of a Motion for Judgment on the pleadings or, alternatively for Summary Judgment, Memorandum of Law, proposed form of Order and Declaration of Eliza F. Kelly by Federal Express to the following:

Anthony Brady, Jr. Esq.
Parkade Building
519 Federal Building
Suite 202
Camden, New Jersey 08101

Barry Weintraub, Esq.
32 Hayes Street
Stafford, VA 22556

_____
Jennifer Basile

Sworn and subscribed before me
this 3rd day of April, 2003.

_____
Notary Public

281233.1 DocsNJ