UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARLENE CANNON and on behalf of her minor daughter KARA CANNON, | Civil Action No.: 02-3657 |
| Plaintiff, | The Honorable James McGirr Kelly |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION (Amtrak), | |
| Defendant. | |

### JOINT MOTION TO ADJOURN PRETRIAL DEADLINES UNTIL AUGUST 14, 2003 TO ALLOW PARTIES TO ENGAGE IN MEDIATION

Plaintiff Arlene Cannon and Defendant National Railroad Passenger Corporation ("Amtrak"), through undersigned counsel, respectfully move this Court to adjourn the pending Pretrial Deadlines for a brief period of forty-five (45) days, until August 14, 2003, so that the parties may participate in mediation that will hopefully resolve this dispute short of trial.

The grounds for this motion are as follows:

1. On May 21, 2003, the discovery deadline was extended until June 30, 2003 in order to complete the deposition of plaintiff, Arlene Cannon.

2. On June 25, 2003 and June 27, 2003, defendant Amtrak completed the deposition of plaintiff, Arlene Cannon. Thereafter, the parties consented to engage in mediation.

3. Good cause therefore exists for an extension of the pending pretrial schedule.

Accordingly, the parties respectfully request that the Court grant this motion and order that the current Pretrial deadlines be adjourned briefly until August 14, 2003 to allow the parties to participate in mediation.

    4.    A proposed Order accompanies this motion.

Respectfully submitted,

LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendant
National Railroad Passenger Corporation
("Amtrak")

By:_____
Raquel M. Fruchter
One Gateway Center, Suite 400
Newark, New Jersey 07102-5311
(973) 623-2700

Diane J. Ruccia
I.D. No.: 74159
LANDMAN CORSI BALLAINE & FORD P.C.
Mulberry Atrium
3rd Floor
2133 Arch Street
Philadelphia, PA 19103
(215) 561-8540

Dated: July 2, 2003

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Joint Motion to Adjourn Pretrial Deadlines was served via fax and first class mail this 2nd day of July, 2003 on the following:

>Anthony Brady, Jr., Esq.
>Parkade Building
>519 Federal Building
>Suite 202
>Camden, NJ 08101
>
>Barry Weintraub, Esq.
>32 Hayes Street
>Stafford, VA 22556

_____
Raquel M. Fruchter

Dated: July 2, 2003