IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARLENE CANNON and on behalf of her minor daughter KARA CANNON | : : : | CIVIL ACTION |
| v. | : : | |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | : : | NO. 02-CV-3657 |

### **O R D E R**

AND NOW, this 16th day of July, 2003, in consideration of the Joint Motion to Adjourn Pretrial Deadlines Until August 14, 2003 to Allow Parties to Engage in Mediation (Document No. 20), it is ORDERED that the aforesaid motion is GRANTED.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.