IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARLENE CANNON | CIVIL ACTION |
| VS. | NO.   02-3657 |
| NATIONAL RAFFICANGONLS | |
| NATIONAL RAILROAD PASSENGER CORP. | |

### ORDER

AND NOW, this 20th day of AUGUST, 2003, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable James McGirr Kelly to the calendar of the Honorable Lowell A. Reed, Jr.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court