IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARLENE CANNON, on behalf of her minor daughter Kara Cannon | : | CIVIL ACTION |
| v. | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | : | NO. 02-3657 |

O R D E R

_____**AND NOW, TO WIT:**  This 3rd day of December, 2003, it having been reported that the issues between the parties in the above action have been settled, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

_____
LOWELL A. REED, JR., S.J.